E-FILED on     5/5/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTUIT INC,<br><br>        Plaintiff,<br><br>    v.<br><br>H&R BLOCK EASTERN ENTERPRISES, INC.; H&R BLOCK ENTERPRISES, INC.; H&R BLOCK AND ASSOCIATES, L.P.; and HRB ROYALTY, INC.,<br><br>        Defendants. | No. C-06-02327 RMW<br><br>ORDER RESCHEDULING HEARING ON PENDING MOTIONS AND RESETTING CASE SCHEDULE |

    Pending before this court are three motions filed by the parties. Plaintiff Intuit Inc. ("Intuit") has filed a Motion to Accelerate Case Management Schedule and Set Briefing Schedule Regarding Intuit's Application for Preliminary Injunction. Defendants H&R Block Eastern Enterprises, Inc.; H&R Block Enterprises, Inc.; H&R Block and Associates, L.P.; and HRB Royalty, Inc. ("H&R") have filed: (1) H&R's Motion to Transfer Venue or Stay and (2) H&R's Motion to Dismiss for Lack of Personal Jurisdiction. The hearings for Intuit's Motion to Accelerate and H&R's Motion to Transfer were set for May 12, 2006. The hearing for H&R's Motion to Dismiss was set for June 9, 2006. The court hereby consolidates the hearing dates for these motions. All three pending motions will be heard by the court on Friday, June 9, 2006, at 9:00 A.M.

ORDER RESCHEDULING HEARING ON PENDING MOTIONS AND RESETTING CASE SCHEDULE
No. C-06-02327 RMW
SPT

The court's April 3, 2006 Order Setting Initial Case Management Conference and ADR Deadlines set the initial case management conference for the above-captioned action for September 1, 2006 at 10:30 A.M. The last day to meet and confer was set for August 11, 2006 and the last day to complete initial disclosures and file Federal Rules of Civil Procedure 26(f) reports was set for August 25, 2006. The court hereby *sua sponte* reschedules the initial case management conference for this action to June 9, 2006, at 10:30 A.M. Accordingly, the case schedule is reset as follows:

| | |
|---|---|
| Last day to meet and confer | May 19, 2006 |
| Last day to complete initial disclosures or state objections; file case management statement; and file Rule 26(f) report | June 2, 2006 |
| Initial case management conference | June 9, 2006 |

The parties may propose a briefing schedule based on this revised case schedule.

DATED:      5/5/06

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Claude M. Stern            claudestern@quinnemanuel.com

**Counsel for Defendants:**

Jeffrey L. Bleich          bleichjl@mto.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**      5/5/06                                     SPT
                                                **Chambers of Judge Whyte**

ORDER RESCHEDULING HEARING ON PENDING MOTIONS AND RESETTING CASE SCHEDULE
No. C-06-02327 RMW
SPT                                                3