1  JEFFREY L. BLEICH (SBN 144340)
   JEFFREY E. ZINSMEISTER (SBN 235516)
2  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
3  Twenty-Seventh Floor
   San Francisco, CA  94105-2907
4  Telephone:   (415) 512-4000
   Facsimile:   (415) 512-4077
5
   Attorneys for Defendants
6  H & R BLOCK EASTERN ENTERPRISES, INC., H & R
   BLOCK ENTERPRISES, INC., H & R BLOCK AND
7  ASSOCIATES L.P., and HRB ROYALTY, INC.,

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION          *E-FILED - 5/11/06*

11

12 | INTUIT INC.,                          | CASE NO.  CV 06-2327 RMW (PVT)
13 |              Plaintiff,               | STIPULATION AND [PROPOSED]
                                            ORDER EXTENDING DEFENDANTS'
14 |      vs.                              | TIME TO FILE AN ANSWER OR
                                            RESPONSIVE PLEADING UNDER FED.
15 | H & R BLOCK EASTERN                   | R. CIV. P. 12 UNTIL MAY 19, 2006,
      ENTERPRISES, INC., H & R BLOCK        PURSUANT TO CIVIL L.R. 6-2
16    ENTERPRISES, INC., H & R BLOCK
      AND ASSOCIATES L.P., and HRB
17    ROYALTY, INC.,                       | JUDGE:   Hon. Ronald M. Whyte

18                Defendants.

19

20                              **Stipulation**

21     Pursuant to Civil L.R. 6-2, Plaintiff INTUIT INC. ("Intuit") and Defendants H & R

22 BLOCK EASTERN ENTERPRISES, INC. (appearing specially), H & R BLOCK

23 ENTERPRISES, INC., H & R BLOCK AND ASSOCIATES L.P. (appearing specially), and

24 HRB ROYALTY, INC. (appearing specially)[1] (collectively, "Defendants") hereby stipulate and

25 move this Court for an Order extending the time allotted for Defendants to file an answer or

26 ―――――――――――――――
   [1] Special appearances are made by these parties for the limited purpose of this scheduling order.
27 By entering into this stipulation extending their time in which to respond to the underlying
   complaint, these entities do not knowingly or intentionally waive any objection to personal
28 jurisdiction in this Court.

1179166.1                                     STIPULATION EXTENDING TIME
                                              CV 06-2327 RMW (PVT)

1   responsive pleading under Federal Rule of Civil Procedure 12 to **Friday, May 19, 2006**.

2   One previous time modification has occurred in this action – on April 14, 2006, the Court adopted the parties' stipulation setting a briefing schedule for the Motion to Accelerate and Motion to Transfer as an Order of this Court. The present requested time modification would have no material effect on the schedule for this case.

6   Defendants recognize that Intuit's consent to this stipulation is granted as a professional courtesy and should in no way prejudice Intuit's position that an accelerated schedule is necessary and appropriate.

9   The parties hereby request that the Court adopt the above-referenced stipulated schedule as the Order of this Court.

Respectfully submitted,

DATED: ~~April~~ May 2, 2006 (JLB/JLZ)

MUNGER, TOLLES & OLSON LLP

By JLB
Jeffrey L. Bleich
Attorneys for Defendants

DATED: April 27, 2006

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By
Claude M. Stern
Attorneys for Plaintiff Intuit Inc.

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ~~April~~ May 11, 2006

/s/ Ronald M. Whyte
_____
Hon. Ronald M. Whyte
UNITED STATES DISTRICT JUDGE