**E-FILED on** 8/31/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTUIT INC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>H&R BLOCK EASTERN ENTERPRISES, INC.; H&R BLOCK ENTERPRISES, INC.; H&R BLOCK AND ASSOCIATES, L.P.; and HRB ROYALTY, INC.,<br><br>　　　　　Defendants. | No. C-06-02327 RMW<br><br>ORDER RESETTING BRIEFING SCHEDULE AND HEARING |

　　　　Pending before this court is defendants H&R Block Eastern Enterprises, Inc.; H&R Block and Associates, L.P.; and HRB Royalty, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction. The court's July 20, 2006 order deferred ruling on the motion pending completion of discovery on the issue of personal jurisdiction. The hearing for defendants' motion to dismiss was originally set for August 25, 2006.

　　　　On August 7, 2006 plaintiff filed a motion to compel certain discovery. Judge Trumbull issued an order regarding the motion to compel on August 21, 2006, and a further order on August 25, 2006. Judge Trumbull set discovery deadlines as follows: (1) completion of supplemental responses and production for HRB Royalty, Inc. by September 15, 2006, and (2) completion of supplemental responses and production for H&R Block Eastern Enterprises, Inc. and H&R Block

1  and Associates, L.P. by September 22, 2006.  In addition, Judge Trumbull ordered that, to the extent
2  possible, defendants should produce requested documents on a rolling basis as available.
3      The court hereby resets the briefing and hearing schedule for defendants' motion to dismiss
4  for lack of personal jurisdiction as follows:

| Any further briefing by plaintiff | October 2, 2006 |
| Any further briefing by defendants | October 13, 2006 |
| Hearing on motion to dismiss | October 20, 2006, 9:00 a.m. |

In addition, the case management conference currently set for Friday, September 1, 2006 is continued to Friday, October 20, 2006.

DATED:    8/31/06

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER RESETTING BRIEFING SCHEDULE AND HEARING
No. C-06-02327 RMW
SPT                                              2

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Claude M. Stern          claudestern@quinnemanuel.com

**Counsel for Defendants:**

Jeffrey L. Bleich         bleichjl@mto.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**      8/31/06                              SPT
                                                **Chambers of Judge Whyte**