1  JEFFREY L. BLEICH (SBN 144340)
   JEFFREY E. ZINSMEISTER (SBN 235516)
2  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
3  Twenty-Seventh Floor
   San Francisco, CA  94105-2907
4  Telephone:   (415) 512-4000
   Facsimile:   (415) 512-4077
5
   ASHFAQ CHOWDHURY  (Admitted Pro Hac Vice)
6    ron.chowdhury@mto.com
   MUNGER, TOLLES & OLSON LLP
7  355 South Grand Avenue
   Los Angeles, CA  90071-1560
8  Telephone:   (213) 683-9100
   Facsimile:   (213) 687-3702
9
   Attorneys for Defendants
10 H & R BLOCK ENTERPRISES, INC., H & R BLOCK
   EASTERN ENTERPRISES, INC., H & R BLOCK AND
11 ASSOCIATES L.P., and HRB ROYALTY, INC.

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                    SAN JOSE DIVISION          *E-FILED - 9/20/06*

15

| | |
|---|---|
| 16  INTUIT INC., | CASE NO.  CV 06-2327 RMW (PVT) |
| 17         Plaintiff, | STIPULATION AND [PROPOSED] ORDER POSTPONING CASE MANAGEMENT CONFERENCE |
| 18     vs. | |
| 19  H & R BLOCK EASTERN ENTERPRISES, INC., H & R BLOCK | JUDGE:  Hon. Ronald M. Whyte |
| 20  ENTERPRISES, INC., H & R BLOCK AND ASSOCIATES L.P., and HRB | |
| 21  ROYALTY, INC., | |
| 22         Defendants. | |

### Stipulation

Pursuant to Civil L.R. 6-2, Plaintiff INTUIT INC. ("Intuit") and Defendants H & R BLOCK ENTERPRISES, INC., H & R BLOCK EASTERN ENTERPRISES, INC. (appearing specially), H & R BLOCK AND ASSOCIATES L.P. (appearing specially), and HRB

1  ROYALTY, INC. (appearing specially)[1] hereby stipulate and move this Court for an Order
2  rescheduling the case management conference currently set for October 20, 2006 to **Friday,**
3  **October 27, 2006**. The time modification is necessary because lead counsel for both sides will
4  be out of state on October 20, 2006, attending the annual meeting of the Association of Business
5  Trial Lawyers.
6        Two previous time modifications have occurred in this action. First, on April 14, 2006,
7  the Court adopted the parties' stipulation setting a briefing schedule for Intuit's Motion to
8  Accelerate and H & R Block Enterprises, Inc.'s Motion to Transfer as an Order of this Court.
9  Second, on May 2, 2006, the Court adopted the parties' stipulation extending the time allotted for
10 all four defendants to file an answer or responsive pleading to Intuit's complaint as an Order of
11 this Court. The present requested time modification would have no material effect on the
12 schedule for this case.
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //

---

[1] Special appearances are made by H & R Block Eastern Enterprises, Inc., H & R Block and Associates L.P., and HRB Royalty, Inc. for the limited purpose of this scheduling stipulation. By entering into this stipulation, these three parties do not knowingly or intentionally waive any objection to personal jurisdiction in this Court.

1209082.2                              - 2 -                STIPULATION RESCHEDULING CMC
                                                            CV 06-2327 RMW (PVT)

The parties hereby request that the Court adopt the above-referenced stipulated schedule as the Order of this Court.

Respectfully submitted,

DATED: September 6, 2006               MUNGER, TOLLES & OLSON LLP

                                       By _____/s/ Jeffrey L. Bleich / JEZ_____
                                       Jeffrey L. Bleich
                                       Attorneys for Defendants


DATED: September 6, 2006               QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                                       By _____/s/_____
                                       Scott Lawson
                                       Attorneys for Plaintiff Intuit Inc.


## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 20, 2006

                                       /s/ Ronald M. Whyte
                                       Hon. Ronald M. Whyte
                                       UNITED STATES DISTRICT JUDGE