JEFFREY L. BLEICH (SBN 144340)
JEFFREY E. ZINSMEISTER (SBN 235516)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

ASHFAQ CHOWDHURY  (Admitted Pro Hac Vice)
  ron.chowdhury@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

Attorneys for Defendants
H & R BLOCK EASTERN ENTERPRISES, INC., H & R
BLOCK AND ASSOCIATES L.P., and HRB ROYALTY,
INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 9/20/06*

| | |
|---|---|
| INTUIT INC.,<br><br>                    Plaintiff,<br><br>         vs.<br><br>H & R BLOCK EASTERN ENTERPRISES, INC., H & R BLOCK ENTERPRISES, INC., H & R BLOCK AND ASSOCIATES L.P., and HRB ROYALTY, INC.,<br><br>                    Defendants. | CASE NO.  CV 06-2327 RMW (PVT)<br><br>STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING DATE AND BRIEFING DEADLINES FOR H & R BLOCK EASTERN ENTERPRISES, INC., H & R BLOCK AND ASSOCIATES L.P., AND HRB ROYALTY, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, PURSUANT TO CIVIL L.R. 6-2<br><br>JUDGE:   Hon. Ronald M. Whyte |

### Stipulation

Pursuant to Civil L.R. 6-2, Plaintiff INTUIT INC. ("Intuit") and Defendants H & R BLOCK EASTERN ENTERPRISES, INC. (appearing specially), H & R BLOCK AND

1209047.2

STIPULATION EXTENDING TIME
CV 06-2327 RMW (PVT)

1 ASSOCIATES L.P. (appearing specially), and HRB ROYALTY, INC. (appearing specially)
2 (collectively, "Moving Defendants")[1] hereby stipulate and move this Court for an Order
3 rescheduling: (1) the October 20, 2006 hearing date for Moving Defendants' Motion to Dismiss
4 for Lack of Personal Jurisdiction Pursuant to Federal Rule of Civil Procedure 12(b)(2) to **Friday,**
5 **October 27, 2006, at 9:00 a.m.**; (2) the date on which any further briefing by Intuit is due to
6 **Friday, October 6, 2006**; and (3) the date on which any further briefing by Moving Defendants
7 is due to **Wednesday, October 18, 2006**. The time modification is necessary because lead
8 counsel for both sides will be out of state on October 20, 2006, attending the annual meeting of
9 the Association of Business Trial Lawyers.

10       Two previous time modifications have occurred in this action. First, on April 14, 2006,
11 the Court adopted the parties' stipulation setting a briefing schedule for Intuit's Motion to
12 Accelerate and H & R Block Enterprises, Inc.'s Motion to Transfer as an Order of this Court.
13 Second, on May 2, 2006, the Court adopted the parties' stipulation extending the time allotted for
14 all four defendants to file an answer or responsive pleading to Intuit's complaint as an Order of
15 this Court. The present requested time modification would have no material effect on the
16 schedule for this case.

17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26
27 [1] Special appearances are made by the Moving Defendants for the limited purpose of this scheduling stipulation. By entering into this stipulation, Moving Defendants do not knowingly or
28 intentionally waive any objection to personal jurisdiction in this Court.

The parties hereby request that the Court adopt the above-referenced stipulated schedule as the Order of this Court.

Respectfully submitted,

DATED: September 6, 2006           MUNGER, TOLLES & OLSON LLP

By _____/s/ Jeffrey L. Bleich / JEZ_____
Jeffrey L. Bleich
Attorneys for Moving Defendants

DATED: September 6, 2006           QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Scott Lawson
Attorneys for Plaintiff Intuit Inc.

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 20, 2006

/S/ RONALD M. WHYTE
Hon. Ronald M. Whyte
UNITED STATES DISTRICT JUDGE