1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Claude M. Stern (Bar No. 96737)
2 |     claudestern@quinnemanuel.com
Scott G. Lawson (Bar No. 174671)
3 |     scottlawson@quinnemanuel.com
Michael D. Powell (Bar No. 202850)
4 |     mikepowell@quinnemanuel.com
Jennie L. Wang (Bar No. 233392)
5 |     jenniewang@quinnemanuel.com
50 California Street, 22nd Floor
6 | San Francisco, California 94111
Telephone: (415) 875-6600
7 | Facsimile: (415) 875-6700

8 | Attorneys for Plaintiff
INTUIT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTUIT INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>H&R BLOCK EASTERN ENTERPRISES, INC. H&R BLOCK ENTERPRISES, INC., H&R BLOCK AND ASSOCIATES, L.P., and HRB ROYALTY, INC.,<br><br>　　　　Defendants. | CASE NO. 06-2327 RMW (PVT)<br><br>[PROPOSED] ORDER GRANTING INTUIT INC.'S MOTION TO CHANGE BRIEFING SCHEDULE RE: DEFENDANTS' ~~MOTION TO STAY MERITS DISCOVERY~~ MOTION TO DISMISS<br><br>Judge: Hon. Ronald M. Whyte |

51078/1965416.1

## ORDER

Having considered plaintiff Intuit Inc.'s motion to change briefing schedule regarding defendants' motion to dismiss, and the papers and records on file herein, and for good cause shown,

THE COURT HEREBY ORDERS:

Intuit's motion to change the briefing schedule is GRANTED. Intuit's supplemental briefing regarding defendants' motion to dismiss shall be filed October 23 2006. Defendants response to Intuit's supplemental briefing shall be filed October 30, 2006 at 9:00 a.m.

IT IS SO ORDERED.

Date:   October _13_, 2006

*Ronald M. Whyte*
Honorable ~~Patricia V. Trumbull~~ Ronald M. Whyte
UNITED STATES DISTRICT JUDGE

quinn emanuel

51078/1965416.1

1    Case No. 06-2327 RMW (PVT)
ORDER GRANTING INTUIT INC.'S MOTION TO CHANGE BRIEFING SCHEDULE RE: DEFENDANTS' MOTION TO ~~STAY MERITS DISCOVERY~~ DISMISS