1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      Claude M. Stern (Bar No. 96737)
2        claudestern@quinnemanuel.com
      Scott G. Lawson (Bar No. 174671)
3        scottlawson@quinnemanuel.com
      Michael D. Powell (Bar No. 202850)
4        mikepowell@quinnemanuel.com
      Jennie L. Wang (Bar No. 233392)
5        jenniewang@quinnemanuel.com
      50 California Street, 22nd Floor
6   San Francisco, California 94111
      Telephone:  (415) 875-6600
7   Facsimile:  (415) 875-6700

8   Attorneys for Plaintiff
      INTUIT INC.

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION         *E-FILED - 10/25/06*

13   INTUIT INC.,
                                              CASE NO. CV 06-2327 RMW (PVT)
14                Plaintiff,
                                              **STIPULATION AND []**
15        v.                                  **ORDER CONTINUING CASE**
                                              **MANAGEMENT CONFERENCE**
16   H&R BLOCK EASTERN ENTERPRISES,
      INC. H&R BLOCK ENTERPRISES, INC.,
17   H&R BLOCK AND ASSOCIATES, L.P., and      **CIV. L.R. 6-2**
      HRB ROYALTY, INC.,
18
                  Defendants.                 JUDGE:   Hon. Ronald M. Whyte
19

20

21

22

23

24

25

26

27

28

quinn emanuel

1

**STIPULATION**

2       Pursuant to Civil L.R. 6-2, Plaintiff INTUIT INC. ("Intuit") and Defendants H & R

3   BLOCK ENTERPRISES, INC. ("Enterprises"), H & R BLOCK EASTERN ENTERPRISES,

4   INC. ("Eastern")(appearing specially), H & R BLOCK AND ASSOCIATES L.P.

5   ("Associates")(appearing specially), and HRB ROYALTY, INC. ("Royalty")(appearing

6   specially)[1] (collectively, "Defendants") hereby stipulate and move this Court for an Order

7   adopting the following schedule:

8       WHEREAS, a case management conference is presently scheduled in this matter for

9   October 27, 2006 at 9:00 a.m.; and

10      WHEREAS, a further hearing on defendants' motion to dismiss for lack of personal

11  jurisdiction is set for November 3, 2006 at 9:00 a.m.;

12      THEREFORE, the parties hereby stipulate, and request that the Court order, that the case

13  management conference be continued until November 3, 2006 at 9:00 a.m. to coincide with the

14  motion to dismiss hearing.

15      Respectfully submitted,

16

17  DATED:  October 20, 2006          QUINN EMANUEL URQUHART OLIVER &
                                       HEDGES, LLP

18

19                                     By _____/s/Scott G. Lawson_____

20                                     Scott G. Lawson
                                       Attorneys for Plaintiff Intuit Inc.

21

22  DATED:  October 20, 2006          MUNGER, TOLLES & OLSON LLP

23                                     By _____/s/Jeff Bleich_____

24                                     Jeffrey L. Bleich
                                       Attorneys for Moving Defendants

25

26      [1] Special appearances are made by these parties for the limited purpose of this scheduling

27  order.  By entering into this stipulation, these entities do not knowingly or intentionally waive any
    objection to personal jurisdiction in this Court.

28

quinn emanuel

-1-                    Case No. CV 06-2327 RMW (PVT)

STIPULATION AND [] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1

**[ ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

DATED:  October __25__, 2006

4

5

/S/ RONALD M. WHYTE

6

Hon. Ronald M. Whyte

7

UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

quinn emanuel