```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      Claude M. Stern (Bar No. 96737)
 2      claudestern@quinnemanuel.com
      Scott G. Lawson (Bar No. 174671)
 3      scottlawson@quinnemanuel.com
      Michael D. Powell (Bar No. 202850)
 4      mikepowell@quinnemanuel.com
      Jennie L. Wang (Bar No. 233392)
 5      jenniewang@quinnemanuel.com
    50 California Street, 22nd Floor
 6  San Francisco, California 94111
    Telephone: (415) 875-6600
 7  Facsimile: (415) 875-6700

 8  Attorneys for Plaintiff
    INTUIT INC.
 9
10                        UNITED STATES DISTRICT COURT
11                       NORTHERN DISTRICT OF CALIFORNIA
12                              SAN JOSE DIVISION

13  INTUIT INC.,                          CASE NO. CV 06-2327 RMW (PVT)

14              Plaintiff,                STIPULATION AND [PROPOSED]
                                          ORDER RE: CONTINUANCE OF
15       v.                               NOVEMBER 3, 2006 HEARING DATE

16  H&R BLOCK EASTERN ENTERPRISES,
    INC. H&R BLOCK ENTERPRISES, INC.,    CIVIL L.R. 6-2
17  H&R BLOCK AND ASSOCIATES, L.P., and
    HRB ROYALTY, INC.,
18                                        JUDGE: Hon. Ronald M. Whyte
                Defendants.
19
```

FILED

NOV - 1 2006

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-filing

51078/1988936.1

Case No. CV 06-2327 RMW (PVT)
STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF NOVEMBER 3, 2006 HEARING DATE

## STIPULATION

Pursuant to *Civil Local Rule* 6-2, Plaintiff INTUIT INC. ("Intuit") and Defendants H & R BLOCK ENTERPRISES, INC. ("Enterprises"), H & R BLOCK EASTERN ENTERPRISES, INC. ("Eastern") (appearing specially), H & R BLOCK AND ASSOCIATES L.P. ("Associates") (appearing specially), and HRB ROYALTY, INC. ("Royalty") (appearing specially)[1] (Eastern, Associates, and Royalty collectively referred to as collectively, "Moving Defendants") hereby stipulate and move this Court for an Order adopting the following schedule:

WHEREAS, the hearing on Moving Defendants' motion to dismiss is currently set for 10:00 a.m. on November 3, 2006;

WHEREAS, the parties are mindful and respectful of the statement by the Court in its October 6, 2006 order that it "[did] not expect either party to request further continuance of the hearing date";

WHEREAS, new circumstances have arisen that make a further continuance of the hearing important for a full and fair airing of the issues raised by the motion to dismiss;

WHEREAS, pursuant to the briefing schedule set forth in this Court's October 6, 2006 order, on October 23, 2006, Intuit filed a Supplemental Brief in Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction;

WHEREAS, following Intuit's filing of its Supplemental Brief, defendant Royalty produced additional documents Intuit asserts are critical to its jurisdictional arguments and whereas Defendants seek to ensure that all jurisdictional arguments will be resolved without further claims by Intuit of a need for additional discovery;

WHEREAS, consistent with an October 18, 2006 stipulation between the parties entered as an order by Judge Trumbull, Royalty has agreed to present a witness to testify regarding the additional documents produced should Intuit deem such an additional deposition necessary;

---

[1] Special appearances are made by these parties for the limited purpose of this scheduling order. By entering into this stipulation, these entities do not knowingly or intentionally waive any objection to personal jurisdiction in this Court.

-1-                                   Case No. CV 06-2327 RMW (PVT)
STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF NOVEMBER 3, 2006 HEARING DATE

51078/1988936.1

1     WHEREAS, Intuit believes and has repeatedly asserted to this Court that deposition testimony and documents of third-party witnesses H&R Block Services, Inc. and Campbell Mithun Inc.—the Block entity and advertising agency responsible for the "Oh No" ad at the center of this dispute—are critical to its jurisdictional arguments;

5     WHEREAS, Intuit served deposition subpoenas on H&R Block Services, Inc. on July 13, 2006 and August 30, 2006, and on Campbell Mithun on September 27, 2006;

7     WHEREAS, on October 4, 2006, Moving Defendants and H&R Block Services, Inc. filed motions to quash and to stay the depositions of H&R Block Services, Inc. and Campbell Mithun;

9     WHEREAS, on September 28, 2006, the Defendants moved before Magistrate Trumbull for a protective order staying all merits discovery;

11     WHEREAS, on October 19, 2006, Magistrate Trumbull denied Defendants' motion for a protective order staying all merits discovery;

13     WHEREAS, on October 23, 2006, Intuit filed its Supplemental Opposition Brief;

14     WHEREAS, following a meet and confer between counsel for Intuit and counsel for Moving Defendants on October 20, 2006, Moving Defendants and third-party witness H&R Block Services, Inc. withdrew their motions to quash the depositions of H&R Block Services, Inc. and Campbell Mithun on October 27, 2006;

18     WHEREAS, counsel for H&R Block Services and Campbell Mithun have informed counsel for Intuit that witnesses are not be available to testify prior to the currently scheduled hearing, but have agreed to produce those witnesses prior to November 17, 2006;

21     WHEREAS, Intuit believes it should be given an opportunity to take this discovery prior to this Court hearing Moving Defendants' motion to dismiss and the Moving Defendants seek to remove any argument at the time of hearing that Intuit did not have adequate opportunity to oppose this motion;

25     NOW, WHEREFORE, the parties stipulate that the November 3, 2006 hearing, and the Further Case Management Conference currently set for the same date, both be continued to November 17, 2006 at 9:00 a.m.

1     The parties have sought modifications pursuant to Local Rule 6-2 on the following prior occasions in this action. First, in its April 14, 2006 order, the Court adopted the parties' stipulation setting a briefing schedule for Intuit's motion to accelerate and Enterprises motion to transfer. Second, in its May 2, 2006 order, the Court adopted the parties' stipulation extending the time permitted for the four defendants to respond to Intuit's complaint. Third, in its September 6, 2006 order, the Court adopted the parties' stipulation setting a briefing schedule for Defendants' motion to dismiss. Fourth, in a second order dated September 6, 2006, the Court adopted the parties' stipulation rescheduling the court-ordered case management conference to coincide with the hearing on Moving Defendants' motion to dismiss. In addition, in its October 6, 2006 order, the Court granted Intuit's motion pursuant to Rule 6-3 to modify the briefing and hearing schedule on Defendants' motion to dismiss.

    The parties hereby request that the Court adopt the above-referenced stipulated schedule as the Order of this Court.

Respectfully submitted,

DATED: November 1, 2006      QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By   /s/   Scott G. Lawson
Scott G. Lawson
Attorneys for Plaintiff
INTUIT INC.

DATED: November 1, 2006      MUNGER, TOLLES & OLSON LLP

By   /s/   Jeff Bleich
Jeffrey L. Bleich
Attorneys for Moving Defendants

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 1, 2006

*Ronald M. Whyte*

Ronald M. Whyte
UNITED STATES DISTRICT JUDGE