QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
    claudestern@quinnemanuel.com
  Scott G. Lawson (Bar No. 174671)
    scottlawson@quinnemanuel.com
  Michael D. Powell (Bar No. 202850)
    mikepowell@quinnemanuel.com
  Jennie L. Wang (Bar No. 233392)
    jenniewang@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Plaintiff
INTUIT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 11/9/06*

| | |
|---|---|
| INTUIT INC., <br><br> Plaintiff, <br><br> v. <br><br> H&R BLOCK EASTERN ENTERPRISES, INC. H&R BLOCK ENTERPRISES, INC., H&R BLOCK AND ASSOCIATES, L.P., and HRB ROYALTY, INC., <br><br> Defendants. | CASE NO. CV 06-2327 RMW (PVT) <br><br> **STIPULATION AND [] ORDER RE: SUBMISSION OF ADDITIONAL DOCUMENTS IN CONNECTION WITH THE NOVEMBER 3, 2006 HEARING ON DEFENDANTS' MOTION TO DISMISS** <br><br> **CIVIL L.R. 7-11, 7-12** <br><br> JUDGE: Hon. Ronald M. Whyte |

51078/1988612.1

Case No. CV 06-2327 RMW (PVT)
STIPULATION AND [] ORDER RE: SUBMISSION OF ADDITIONAL DOCUMENTS IN
CONNECTION WITH THE NOVEMBER 3, 2006 HEARING ON DEFENDANTS' MOTION TO DISMISS

**STIPULATION**

Plaintiff INTUIT INC. ("Intuit") and Defendants H & R BLOCK ENTERPRISES, INC. ("Enterprises"), H & R BLOCK EASTERN ENTERPRISES, INC. ("Eastern") (appearing specially), H & R BLOCK AND ASSOCIATES L.P. ("Associates") (appearing specially), and HRB ROYALTY, INC. ("Royalty") (appearing specially)[1] (collectively, "Moving Defendants") hereby stipulate and move this Court for an Order adopting the following:

WHEREAS, on October 23, 2006 Intuit filed a Supplemental Brief in Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction;

WHEREAS, on October 23, 2006 Associates and Eastern served supplemental interrogatory responses to Intuit's First Set of Interrogatories Regarding Jurisdiction;

WHEREAS, on October 27, 2006 Royalty, pursuant to a stipulation between the parties, produced documents in response to Intuit's jurisdictional requests for production;

WHEREAS, on October 26, 2006 a telephonic hearing was held in *H&R Block Eastern Enterprises, Inc. HRB Royalty, Inc., H&R Block Enterprises, Inc. and H&R Block and Associates, L.P. v. Intuit Inc.*, Case No. 06-0039-CV-SOW, pending in the Western District Court of Missouri, regarding Intuit's desire to use certain documents produced by the Block defendants in that action in connection with its supplemental jurisdiction briefing in this action;

WHEREAS, at the October 26, 2006 hearing Magistrate Judge Knox ordered that Intuit could use certain documents produced in the Missouri action in connection with its opposition to Moving Defendants' pending motion to dismiss;

WHEREAS, Moving Defendants do not object to Intuit's submitting these documents to the Court so long as any materials identified by Moving Defendants as confidential are filed under seal, as per the prior practice of the parties;

---

[1] Special appearances are made by these parties for the limited purpose of this scheduling order. By entering into this stipulation, these entities do not knowingly or intentionally waive any objection to personal jurisdiction in this Court.

51078/1988612.1

-1-   Case No. CV 06-2327 RMW (PVT)
STIPULATION AND [] ORDER RE: SUBMISSION OF ADDITIONAL DOCUMENTS IN
CONNECTION WITH THE NOVEMBER 3, 2006 HEARING ON DEFENDANTS' MOTION TO DISMISS

NOW, WHEREFORE, the parties agree that these documents may be submitted to the Court for consideration in connection with the supplemental briefing on Moving Defendants' motion to dismiss for lack of personal jurisdiction. The documents shall be submitted with a supplemental declaration in support of Intuit's opposition to defendants' motion to dismiss for lack of personal jurisdiction. Where appropriate, documents will be filed under seal in compliance with the stipulated protective order entered by the Court in this action and the parties' prior practice in this case.

IT IS THEREFORE STIPULATED BY AND BETWEEN THE PARTIES that the aforementioned documents may be submitted to the Court for its consideration in connection with the Moving Defendants' motion to dismiss.

Respectfully submitted,

DATED:  November 1, 2006         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By   /s/    Scott G. Lawson
   Scott G. Lawson
   Attorneys for Plaintiff
   INTUIT INC.


DATED:  November 1, 2006         MUNGER, TOLLES & OLSON LLP


By   /s/    Jeff Bleich
   Jeffrey L. Bleich
   Attorneys for Moving Defendants

51078/1988612.1

-2-                    Case No. CV 06-2327 RMW (PVT)
STIPULATION AND [] ORDER RE: SUBMISSION OF ADDITIONAL DOCUMENTS IN
CONNECTION WITH THE NOVEMBER 3, 2006 HEARING ON DEFENDANTS' MOTION TO DISMISS

1 **[] ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

3 DATED: November 9, 2006

4

5 /s/ Ronald M. Whyte
Ronald M. Whyte
6 UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

51078/1988612.1

-3-   Case No. CV 06-2327 RMW (PVT)
STIPULATION AND [] ORDER RE: SUBMISSION OF ADDITIONAL DOCUMENTS IN
CONNECTION WITH THE NOVEMBER 3, 2006 HEARING ON DEFENDANTS' MOTION TO DISMISS