QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
   claudestern@quinnemanuel.com
  Scott G. Lawson (Bar No. 174671)
   scottlawson@quinnemanuel.com
  Michael D. Powell (Bar No. 202850)
   mikepowell@quinnemanuel.com
  Jennie L. Wang (Bar No. 233392)
   jenniewang@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Plaintiff
INTUIT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 11/30/06*

| | |
|---|---|
| INTUIT INC.,<br><br>Plaintiff,<br><br>v.<br><br>H&R BLOCK EASTERN ENTERPRISES, INC. H&R BLOCK ENTERPRISES, INC., H&R BLOCK AND ASSOCIATES, L.P., and HRB ROYALTY, INC.,<br><br>Defendants. | CASE NO. CV 06-2327 RMW (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**FED. R. CIV. P. 41(a)**<br><br>JUDGE: Hon. Ronald M. Whyte |

51078/2003137.1

Case No. CV 06-2327 RMW (PVT)
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

## STIPULATION

WHEREAS Plaintiff Intuit Inc., on the one hand, and Defendants H&R Block Eastern Enterprises, Inc., HRB Royalty, Inc., H&R Block Enterprises, Inc., H&R Block and Assoc., L.P., on the other hand, have reached an agreement resolving their dispute;

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective counsel, as follows:

i) Pursuant to Fed. R. Civ. P. 41(a), this action (including all claims and defenses) is DISMISSED WITH PREJUDICE.

ii) Each party shall bear its own costs and attorneys' fees incurred herein.

SO STIPULATED:

DATED: November 27, 2006

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Claude M. Stern
Attorneys for Plaintiff
INTUIT INC.

DATED: November 27, 2006

MUNGER, TOLLES & OLSON LLP

By _____
Jeffrey L. Bleich
Attorneys for Defendants

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 30, 2006

/s/ Ronald M Whyte
Ronald M. Whyte
UNITED STATES DISTRICT JUDGE