QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
    claudestern@quinnemanuel.com
  Rachel M. Herrick (Bar No. 191060)
    rachelherrick@quinnemanuel.com
  Doug Colt (Bar No. 210915)
    dougcolt@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Plaintiff
INTUIT INC.

JEFFREY L. BLEICH (SBN 144340)
JEFFREY E. ZINSMEISTER (SBN 235516)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

ASHFAQ CHOWDHURY *(Admitted Pro Hac Vice)*
  ron.chowdhury@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendants
H&R BLOCK EASTERN ENTERPRISES, INC. H&R BLOCK ENTERPRISES, INC., H&R BLOCK AND ASSOCIATES, L.P., and HRB ROYALTY, INC.,

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| INTUIT INC.,<br><br>          Plaintiff,<br><br>     vs.<br><br>H&R BLOCK EASTERN ENTERPRISES, INC. H&R BLOCK ENTERPRISES, INC., H&R BLOCK AND ASSOCIATES, L.P., and HRB ROYALTY, INC.,<br><br>          Defendants. | CASE NO. 06-2327<br><br>[PROPOSED] STIPULATED AMENDMENT TO PROTECTIVE ORDER |

51061/1992732.1

The parties having reached a settlement agreement, having stipulated as to the proposed amendment herein, and good cause appearing, the Court hereby orders that paragraph 12 of the Protective Order entered on August 4, 2006 (Document # 77) shall be amended and superseded as follows:

**12. Disposition of Confidential Material Following Conclusion of Litigation**

The provisions of this Protective Order shall, absent written permission of the producing party or further order of the Court, continue to be binding throughout and after the conclusion of this Proceeding, including without limitation any appeals therefrom. Within thirty (30) days after termination of this Litigation and the expiration of time for all appeals, all originals and copies of a Party's Confidential Material (except as set forth in 12(a) below) shall be returned to counsel for the respective party that produced such Confidential Material, and any copies of electronic files transferred onto a computer hard drive (except as set forth in 12(a) below) will be erased. The termination of proceedings in this action shall not thereafter relieve the Parties from the obligation to maintain the confidentiality of all Confidential Material received pursuant to this Protective Order.

(a) Outside counsel of record for each Party shall be permitted to retain through April 30, 2008, any or all materials designated by the other Party as "Confidential" or "Confidential - Attorneys' Eyes Only." In any future lawsuits between or among the Parties, the Parties may use, refer to, and seek the admission of any such evidence contained therein, notwithstanding the provisions of paragraph 4.

(b) All materials returned to the parties or their counsel by the Court likewise shall be disposed of or retained in accordance with this paragraph. Nothing herein shall be deemed to modify the Court's policies and procedures for the retention and/or destruction of documents.

**SO STIPULATED**

1  DATED: November 26, 2006            QUINN EMANUEL URQUHART OLIVER
2                                      & HEDGES, LLP
3                                      By: /s/ Claude M. Stern
4                                      CLAUDE M. STERN
5
                                       Attorneys for Plaintiff
6  DATED: November 8, 2006
7                                      MUNGER, TOLLES & OLSON LLP
8                                      By: /s/ Jeffrey L. Bleich / JRZ
9                                      JEFFREY L. BLEICH
10
                                       Attorneys for Defendants
11
12
13 **SO ORDERED**
14 DATED: November 29, 2006
15
16                                     /s/ Patricia V. Trumbull
17                                     Honorable Patricia V. Trumbull
18
19
20
21
22
23
24
25
26
27
28