QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
Scott G. Lawson (Bar No. 174671)
  scottlawson@quinnemanuel.com
Michael D. Powell (Bar No. 202850)
  mikepowell@quinnemanuel.com
Jennie L. Wang (Bar No. 233392)
  jenniewang@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Plaintiff
INTUIT INC.

E-FILED ***12/21/06***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTUIT INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>H&R BLOCK EASTERN ENTERPRISES, INC. H&R BLOCK ENTERPRISES, INC., H&R BLOCK AND ASSOCIATES, L.P., and HRB ROYALTY, INC.,<br><br>  Defendants. | CASE NO. 06-2327 RMW (PVT)<br><br>[~~PROPOSED AND CORRECTED~~] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL<br><br>**Civ. L.R. 7-11; 79-5(d)**<br><br>Hearing: November 3, 2006<br>Time:  9:00 a.m.<br>Judge:  Hon. Ronald M. Whyte |

**ORDER**

Having considered Intuit Inc.'s Miscellaneous Administrative Request to File Documents Under Seal, and for good cause shown:

The motion is GRANTED. Exhibits A-L to the Declaration of Michael D. Powell in Support of Intuit's Supplemental Brief in Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction shall be filed under seal.

IT IS SO ORDERED.

Date: December 21, 2006

/s/ Ronald M. Whyte
_____
Honorable Ronald M. Whyte
UNITED STATES DISTRICT JUDGE