JEFFREY L. BLEICH (SBN 144340)
JEFFREY E. ZINSMEISTER (SBN 235516)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA  94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

ASHFAQ CHOWDHURY  *(Admitted Pro Hac Vice)*
  *ron.chowdhury@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

Attorneys for Defendants
H & R BLOCK EASTERN ENTERPRISES, INC., H & R BLOCK AND ASSOCIATES L.P., AND HRB ROYALTY, INC.

E-FILED  ***12/21/06 ***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTUIT INC.,<br><br>                  Plaintiff,<br><br>       vs.<br><br>H & R BLOCK EASTERN ENTERPRISES, INC., H & R BLOCK ENTERPRISES, INC., H & R BLOCK AND ASSOCIATES L.P., and HRB ROYALTY, INC.,<br><br>                  Defendants. | CASE NO.  CV 06-2327 RMW (PVT)<br><br>[~~XXXXXXX~~ PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL<br><br>**CIV. L.R. 7-11; 79-5(b)**<br><br>Hearing:    November 3, 2006<br>Time:       9:00 a.m.<br>Judge:      Hon. Ronald M. Whyte |

1221650.1

[~~XXXXXXX~~ PROPOSED] ORDER ON MOT. TO SEAL
CV 06-2327 RMW (PVT)

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Having carefully considered H & R Block Eastern Enterprises, Inc., H & R Block |
| 3 | and Associates L.P., and HRB Royalty, Inc.'s ("Moving Defendants") Miscellaneous |
| 4 | Administrative Request to File Documents Under Seal, and GOOD CAUSE HAVING BEEN |
| 5 | SHOWN, THE COURT HEREBY ORDERS that Exhibits J-O, R-T, and V to the Declaration of |
| 6 | Ashfaq Chowdhury in Support of Moving Defendants' Motion to Dismiss for Lack of Personal |
| 7 | Jurisdiction shall be filed under seal. |
| 8 | The Clerk of the Court shall maintain said documents in accordance with the |
| 9 | provisions of Civil Local Rule 79-5(f). |
| 10 | IT IS SO ORDERED. |

Dated: __12/21/06__

/s/ Ronald M. Whyte
_____
Honorable Ronald M. Whyte
UNITED STATES DISTRICT JUDGE